# United States District Court
# For The Western District of North Carolina
# Asheville Division

Torrey Tellefsen, et al,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:10cv157

Sheriff McDivitt, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/10/10 Order.

August 10, 2010　　　　　　　　　　　FRANK G. JOHNS, CLERK

                                    BY: s/Sharon Wilson
                                            Sharon Wilson, Deputy Clerk